## 61744. THE STATE v. PETERSON.

QUILLIAN, Chief Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED MAY 15, 1981.

*William M. Campbell, District Attorney, James A. Meaney III,* for appellant.

*David P. Daniel,* for appellee.